In the Matter of MILTON K. NESTLER, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections in the City of New York, Respondents.

(Submitted October 19, 1934; decided October 23, 1934.)

*Arthur G. Weinberger, Arthur M. Post* and *Alexander Wolf* for appellant.

*Paul Windels, Corporation Counsel (Russell Lord Tarbox, Paxton Blair* and *Ralph W. Thomas* of counsel), for respondents.

Appeal dismissed, without costs, on the ground that the question has become academic by lapse of time. (*Matter of Lyon Co.* v. *Morris,* 261 N. Y. 497.) No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.